# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2022-2388
L.T. Case No. 2020-305950-CFDB
_____

MAX FRANK MASSFELLER, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Valarie Linnen, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, Marissa Vairo Giles, and Rebecca Rock McGuigan, Assistant Attorneys General, Daytona Beach, for Appellee.

May 14, 2024

PER CURIAM.

    AFFIRMED.

  SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____